UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-61661-CIV-MORENO**

RAQUEL PISTOCCHI,

    Plaintiff,

vs.

BANK OF AMERICA CORPORATION,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal With Prejudice **(D.E. 8)**, filed on **August 25, 2016**.

THE COURT has considered the notice, the pertinent portions of the record, and is fully advised in the premises. It is

**ORDERED AND ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(i).

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___29___ of August 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record